IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| WELLOGIX, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:08-CV-119 |
| | § | |
| BP AMERICA, INC.; | § | |
| SAP AMERICA, INC.; SAP A.G.; | § | |
| ACCENTURE LLP; THOMAS | § | |
| CEYNOW; AND MANFRED HEIL | § | |
| | § | |
| Defendants. | § | |

**ORDER DENYING PLAINTIFF'S EXPEDITED MOTION
TO CLARIFY AND EXPAND DISCOVERY**

The Court has considered Plaintiff's Expedited Motion to Clarify and Expand Discovery and responses thereto. Plaintiff's Motion is DENIED.

**IT IS SO ORDERED.**

SIGNED this 3rd day of February, 2009.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE