

# LPM

## LAMINACK, PIRTLE & MARTINES, L.L.P.

RICHARD N. LAMINACK
THOMAS W. PIRTLE
BUFFY K. MARTINES

October 26, 2009

**Sent Via Electronic Mail**
Cristina Espinosa Rodriguez
Baker Botts, L.L.P.
One Shell Plaza
910 Louisiana
Houston, Texas 77002

  Re: Civil Action No. 3:08-cv-119; *Wellogix, Inc. v. Accenture, L.L.P.*; In the United
     States District Court for the Southern District of Texas, Houston Division

Dear Cristina:

    Thank you for agreeing to extend Plaintiff's deadline to respond to Accenture, L.L.P.'s
First Request for Admissions and Second Request for Production.

    Plaintiff's responses are currently due on October 29, 2009. It is my understanding that
we have agreed to extend that deadline by 10 days, making Plaintiff's new response deadline
November 9, 2009. *Plaintiff shall serve its responses (court papers) by electronic mail.*

    If this letter accurately reflects our agreement, please sign this letter below where
indicated and return it to me. Upon receipt, I will file it with the Court.

    Thank you very much for your courtesies in this matter.

        Sincerely,

        **LAMINACK, PIRTLE & MARTINES**

        Buffy K. Martines

Agreed and Approved:

Cristina Espinosa Rodriguez