THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WELLOGIX, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:08-CV-119 |
| ACCENTURE LLP, | § § | JURY DEMANDED |
| Defendant. | § | |
| WELLOGIX, INC., | § § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 4:09-CV-1511 |
| BP AMERICA INC., | § § § | |
| Defendant. | § | |

**STIPULATION REGARDING PRODUCTION OF PLAINTIFF'S SOFTWARE
SOURCE CODE AND OBJECT CODE**

Plaintiff Wellogix, Inc. ("Wellogix") hereby stipulates that it has produced to Defendant BP America Inc. ("BP") and Defendant Accenture, LLP ("Accenture") the entirety of its software source code and object code that it alleges was misappropriated in any way by either or both Defendants. Wellogix further stipulates that, to the extent it has not produced the entirety of its software source code and object code that it alleges was misappropriated in any way by either or both Defendants, it will do so before any software source code or object code of SAP America, Inc. ("SAP"), whether produced directly by SAP or by BP, is produced to Wellogix. Wellogix further stipulates that it cannot and will not rely on any Wellogix software source code or object code in support of its claims against either Defendant if such Wellogix software source code or object code has not been produced by the date of the first production of any software source code or object code of SAP.

HOU02:1184864.1

Respectfully submitted,

LAMINACK, PIRTLE & MARTINES, LLP

*(signature)*

Richard N. Laminack
Texas Bar No. 11850350
Thomas W. Pirtle
Texas Bar No. 16038610
Buffy Kay Martines
Texas Bar No. 24030311
440 Louisiana, Suite 1250
Houston, Texas 77001
713-292-2750
713-292-2755 – Fax

Guy E. Matthews
Texas Bar No. 13207000
Guy Kelly Cooksey
MATTHEWS, LAWSON & BOWICK
PLLC
2000 Bering Dr., Suite 700
Houston, Texas 77057
713-355-4200
713-355-9689
**COUNSEL FOR PLAINTIFF WELLOGIX, INC.**

Signed this _____ day of _____, 2009.

                                                _____
HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE