IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WELLOGIX, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:08-CV-119 |
| | § | |
| ACCENTURE LLP | § | |
| | § | |
| Defendant. | § | |

## AMENDED SCHEDULING/DOCKET CONTROL ORDER

Discovery in this case will be conducted simultaneously with discovery in C.A. No. 4:09-CV-01511. Contingent on the arbitration in C.A. No. 4:09-CV-01511 taking place beginning on March 10, 2010, the following Order will govern this case:

Anticipated Length of Trial: __10__ Days                     Jury: ☒  Non-Jury: ☐

1. EXPERT WITNESSES for the PLAINTIFF will be identified by         June 1, 2010
   a Rule 26(a)(2) report listing the qualifications of each expert,
   each opinion that the expert will present, and the basis for it by:

2. EXPERT WITNESSES for the DEFENDANT will be identified         July 1, 2010
   by a Rule 26(a)(2) report listing the qualifications of each expert,
   each opinion that the expert will present, and the basis for it by:

3. DISCOVERY must be completed by:                              August 16, 2010

   Written discovery requests are not timely if they are filed so
   close to this deadline that the recipient would not be required
   under the Federal Rules of Civil Procedure to respond until after
   the deadline.

4. DISPOSITIVE AND NON-DISPOSITIVE MOTIONS
   (except motions *in limine*) will be filed by:                September 1, 2010

5. JOINT PRETRIAL ORDER and MOTIONS *IN LIMINE*              November 15, 2010

6. TRIAL will begin at 9:00 a.m. in Courtroom 3A, United States
   District Court, 515 Rusk Ave, Houston, Texas                  December 6, 2010

_17 November 2009_
Date

_/s/ Keith P. Ellison_
Keith P. Ellison
United States District Judge

AGREED:

_11·16·09_
Date

_/s/_
Counsel for Plaintiff
Wellogix, Inc.

_11/16/09_
Date

_/s/_
Counsel for Defendant
Accenture LLP

HOU03:1221206.2