IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WELLOGIX, INC. | § | |
| *Plaintiff,* | § | |
| v. | § | CASE NO. 3:08-CV-119 |
| ACCENTURE, LLP | § | |
| *Defendant.* | § | |

## WELLOGIX'S ELECTION OF REMITTITUR OF DAMAGES

In accordance with this Court's Memorandum and Order of October 14, 2011 (Doc. No. 334), Wellogix, Inc. files this election to accept the Court's suggested remittitur of $50 million of the jury's award of punitive damages.

Respectfully submitted,

*/s/ Randall C. Owens*
Richard N. Laminack
State Bar No. 11850350
Thomas W. Pirtle
State Bar No. 16038610
Buffy K. Martines
State Bar No. 24030311
LAMINACK, PIRTLE & MARTINES, LLP
5020 Montrose, 9th Floor
Houston, Texas 77006
Telephone: (713) 292-2750
Telecopier: (713) 292-2755

Thomas C. Wright
State Bar No. 22059400
Randall C. Owens
State Bar No. 15380700
R. Russell Hollenbeck
State Bar No. 00790901
WRIGHT & CLOSE, LLP
Three Riverway, Suite 600
Houston, Texas 77056
Telephone: (713) 572-4321
Telecopier: (713) 572-4320

*ATTORNEYS FOR PLAINTIFF, WELLOGIX, INC.*

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been filed pursuant to the electronic filing requirements of the United States District Court for the Southern District of Texas on October 21, 2011, which provides for service on counsel of record in accordance with the electronic filing protocols in place.

                                                   */s/ Randall C. Owens*
                                                   Randall C. Owens