# LPM

## LAMINACK, PIRTLE & MARTINES, L.L.P.

RICHARD N. LAMINACK
THOMAS W. PIRTLE
BUFFY K. MARTINES
RUSS M. BRUDNER

October 31, 2011

**Sent Via Electronic Filing**
The Honorable Keith P. Ellison
United States District Judge
U.S. District Court Southern District of Texas
515 Rusk Ave.
Houston, Texas  77002

    Re:    Civil Action No. 3:08-cv-119; ***Wellogix, Inc. vs. Accenture, LLP***; In the United States District Court for the Southern District of Texas, Houston Division

Dear Judge Ellison:

    Per the Court's request, Plaintiff Wellogix submits the attached final judgment to be filed in the above-referenced matter.

    I have conferred with counsel for Defendant Accenture and they are agreed, <u>as to form only</u>, to this judgment.

    Thank you for your consideration of this matter.

Sincerely,

**LAMINACK, PIRTLE & MARTINES**

Buffy K. Martines

cc:    Cristina Rodriguez    *Via Electronic Mail*
       Macey Stokes
       Baker Botts
       910 Louisiana, Suite 3624
       Houston, TX 77002